WEST BOYLSTON MFG. CO. et al. v. WALLACE.

(Circuit Court of Appeals. First Circuit. January 25, 1906.)

No. 616.

PATENTS—NOVELTY—TENTING CLOTH.

The Mitchelson patent, No. 718,499, for tenting cloth, for use in covering tobacco fields, etc., is void for lack of patentable novelty.

Appeal from the Circuit Court of the United States for the District of Massachusetts.

Harrie E. Hart, for appellants.

William K. Richardson (J. L. Stackpole, on the brief), for appellee.

Before COLT, PUTNAM, and LOWELL, Circuit Judges.

PER CURIAM. The court is satisfied with the conclusion of the Circuit Court, and the reasons therefor given in the opinion of the learned judge who there heard the cause. 137 Fed. 922.

The decree of the Circuit Court is affirmed, and the appellee recovers his costs of appeal.